## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEBRASKA
## OMAHA DIVISION

In Re

**Rhonda Ann Pittman, fka Rhonda Ann Claxton**,
    Debtor.

**Nationstar Mortgage LLC**,
its successors and assigns,
    Movant.

Case No: 16-81108-TLS

Chapter 13

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Hearing date: 02/08/2017
Hearing time: 10:00 AM

## STIPULATED ORDER IN SETTLEMENT OF
## THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

    COMES NOW Movant, Nationstar Mortgage LLC, ("Movant"), by and through its attorney Jonathon B. Burford, and the Debtor, Rhona Ann Pittman, fka Rhonda Ann Claxton, ("Debtor"), by and through her attorney, John T Turco, and enter this Stipulated Order ("Order") in settlement of the above referenced motion, with terms as follows:

    1)    Debtor has granted, and the parties hereto acknowledge, that Nationstar Mortgage LLC, has a valid, perfected security interest in certain real property commonly known as 6343 N 36 St, Omaha, NE 68111 (the "Property").

    2)    Debtor agrees that she was due and owing to Movant for 4 Post-Petition mortgage payments of $660.60 each (November 01, 2016 through and including February 01, 2017), and Attorney fees of $850.00 and Attorney costs of $181.00, less a suspense balance of (67.20) totaling $3,606.20, (the "Arrearage"), as of February 01, 2017.

    3)    Beginning March 01, 2017, and continuing the like day of each succeeding month thereafter, Debtor shall timely and fully make her regular monthly mortgage payments to Movant due on the 1st of each month, according to the terms of the Note.

    4)    From and after the date of entering this Order, Debtor shall continuously maintain and pay for adequate insurance on the Property and pay all taxes attributable to the Property when due.



5) On or before February 15, 2017, and in addition to the payment required under Paragraph 3 above, Debtor shall make a lump sum payment of $1,000.00 to Movant, to be applied against the Arrearage, and Debtor shall cure the remaining amount of the Arrearage by making five (5) consecutive, additional, monthly payments of $434.36 and one (1) consecutive, additional, monthly payment of $434.40 to Movant due on the 15th of each month, commencing March 15, 2017.

6) Debtor shall send mortgage payments to the following address while in Bankruptcy, until/unless notified otherwise by Movant, or its successors and assigns:

> Nationstar Mortgage LLC
> PO Box 619094
> Dallas, TX 75261

7) Debtor and Movant agree that if Debtor fails to timely or fully make either her regular mortgage payment, additional mortgage payments, maintain adequate insurance on the Property, or pay all taxes attributable to the Property, Movant shall notify Debtor and Debtor`s counsel, in writing, of the material default. Debtor shall have fourteen (14) days from the date of such letter is mailed to cure said default IN FULL.

8) Debtor and Movant agree that if Debtor does not cure the default within the specified fourteen (14) days IN FULL, then Movant shall provide notice thereof to the United States Bankruptcy Court and relief from the automatic stay shall be granted immediately without further notice or hearing.  In the event that a default does occur, Movant shall be entitled to collect all attorney fees and costs incurred in connection with such default.

9) Debtor and Movant agree that if Debtor, at any time after execution of this Stipulated Order, converts the instant Chapter 13 bankruptcy case to a case under Chapter 7, Movant shall notify Chapter 7 Trustee, Debtor and Debtor`s counsel in writing, of the contractual arrearage due, if any. Debtor shall have fourteen (14) days from the date the letter is mailed to cure the contractual arrearage IN FULL.

10) Debtor and Movant agree that if Debtor does not cure the contractual arrearage within the specified fourteen (14) days IN FULL, then Movant shall provide notice thereof to the United States Bankruptcy Court and relief from the automatic stay shall be granted immediately without further notice or hearing.



11) Debtor and Movant further agree that if Debtor's instant Chapter 13 bankruptcy case is dismissed, this stipulated order shall no longer be binding upon the parties as of the date of dismissal, unless agreed to otherwise by the parties in writing.

12) Debtor and Movant agree that Movant's motion be and is hereby DENIED AS SETTLED.

So Ordered:                                              Dated: January 25, 2017

/s/Thomas L. Saladino
───────────────────────────────
Honorable Judge Thomas L. Saladino
United States Bankruptcy Judge

By: /s/Jonathon B. Burford                   By: /s/ John T Turco
Jonathon B. Burford, #59337                  John T Turco
H. Joseph Esry, #66708                       Attorney for Debtor
Attorneys for Movant                         2580 South 90th Street
12400 Olive Blvd., Suite 555                 Omaha, NE 68124
St. Louis, MO 63141                          Phone: 402-933-8600
Phone: (314) 991-0255                        jturco@johnturcolaw.com
Fax:  (314) 567-8019
nebk@km-law.com

Copies Mailed To:

Rhonda Ann Pittman
Debtor
6343 N 36th St.
Omaha, NE 68111

John T Turco
Attorney for Debtor
2580 South 90th Street
Omaha, NE 68124



Kathleen Laughlin
Trustee
13930 Gold Circle, Suite 201
Omaha, NE 68144

Patricia D. Fahey
U.S. Trustee
111 South 18th Plaza, Suite 1148
Omaha, NE 68102

Jonathon B. Burford
Attorney for Movant
12400 Olive Blvd., Ste. 555
St. Louis, MO 63141

